JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

Case No.: CV 12-06570 GAF (PLAx)

BRIAN HITCHCOCK,

       Plaintiff,

    vs.

CITY OF HERMOSA BEACH,
GREGORY SAVELLI, CHIEF OF
POLICE in his official and individual
capacity, OFFICER ANTHONY
PARENTE, DOES 1-10, inclusive,

       Defendants.

**ORDER RE STIPULATION TO
DISMISS WITH PREJUDICE
ENTIRE ACTION**

///
///
///
///
///
///

-1-

AFTER GOOD CAUSE BEING SHOWN:

IT IS HEREBY ORDERED that the above-entitled mater [and all claims set forth therein] is dismissed as to Defendants CITY OF HERMOSA BEACH, a public entity, and Defendants CHIEF GREGORY SAVELLI and OFFICER ANTHONY PARENTE, public employees, with prejudice, pursuant to Fed. R.Civ. P. 41(a)(1).  All parties waive any right to seek any costs and attorney's fees.

DATED:     May 19, 2014

By: _____

Honorable Gary Allen Feess
United States District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE